MINUTES OF CRIMINAL PROCEEDINGS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA          Date: March 22, 2007
                                  Case No. 1:06CR504-01
           vs.                    Judicial Officer John R. Adams
       Ronnie Green               Court Reporter Lori Callahan

U.S. Attorney   Tom Bauer
Attorney for Defendant   Charles Fleming      ___ CJA Apt   ___ Retained
Interpreter:

**SENTENCE:**

Committed to the custody of the Bureau of Prisons for a period of 48 months on counts 1-3 to run concurrent.

Period of 4 years of supervised release with standard & special conditions as ordered.

Fined the sum of $_____   X   Fine Waived   ___ Not ordered due to defendant's inability to pay

I.S.S., Probation ordered for a period of ___ months on count(s)_____
        with standard/special conditions as ordered (see page 2)

Special assessment of $100.00 on counts 1-3.   Total $ 300.00

Restitution  $ _____  Not ordered x   Reason _____

Forfeiture of 2004 Ford Van and currency.


                                              s/Christin M. Kestner
Total Time: 30 Mins.                            Courtroom Deputy