# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:06CR504 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| Ronnie D. Green | ) | |
| Defendant. | ) | |

This matter was heard on April 20, 2012, upon motion of Defendant for early termination of his supervised release. Defendant's motion is GRANTED. Supervised release is terminated forthwith

IT IS SO ORDERED.

Date: April 26, 2012            s/John R. Adams
                                                         JOHN R. ADAMS
                                                         UNITED STATES DISTRICT JUDGE